WR-82,651-01

MOTION DISMISSED
DATE: 2-11-15
BY: RC

Trial Cause No. 818904

EXPARTE JORGE V. PORRAS          §                    IN THE CRIMINAL APPEALS
                                 §
                                 §                    COURT    Of    TEXAS

MOTION FOR REHEARING

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

**TO THE HONORABLE SAID:**

**Now Comes** Jorge V. Porras, Applicant, pro-se, in the above styled and numbered cause and files

His "Motion for Rehearing" and will respectfully show the Court the following:

I

Applicant's 11.07 Writ was denied without written order on January 14, 2015.

II

1. On an Actual Innocence claim, this Honorable Court must review the writ; the indictment reads that applicant caused the death of the victims, affidavits from eyewitnesses and an F.B.I. agent, as well as all evidence, points to another person who caused the death.

2. On a Capital case the defendant cannot waive the right to a jury trial – implying that only a jury can find one guilty in a capital case. Not the trial court, or a confession. Therefore applicant's confession is not good for a capital case. Let's not forget that due to all the affidavits pointing to the real murderer, we have a confession without evidence to support the confession as law now requires and as pointed out in applicant's 11.07 writ.

3. This court is designed to review cases where one is restrained illegally of his liberty. Applicant waived his right to a jury trial in a capital case for a capital life. Therefore his sentence is void and null – the trial court had no jurisdiction to act as a court and ask the applicant to waive a jury trial for capital murder and a capital life.

1

## CONCLUSION

Applicant is restrained illegally of his liberty and this Honorable Court is asked to please reconsider and review this 11.07 writ where all the law and argument are laid out.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** the please search for the truth and give out mercy mixed with justice. Applicant prays that this Motion be granted. For this applicant prays.

Jorge V. Porras, TDCJ# 886022
Darrington Unit
59 Darrington Rd
Rosharon, TX 77583

## VERIFICATION

I, Jorge V. Porras, TDCJ#886022, being presently incarcerated at the Darrington Unit of the Texas Department of Criminal Justice – ID, Brazoria County, Texas, verify and declare under penalty of perjury pursuant to **V.T.C.A. Civil Practice and Remedies Codes §§ 132.001 and 132.003** that the foregoing statements are true and correct.

**EXECUTED** on this 28th day of January, 2015.

Applicant, Pro Se

## CERTIFICATE OF SERVICE

I, Jorge V. Porras, Applicant, Pro Se, do hereby certify that an original copy of "Motion for Rehearing," have been served by placing the above and foregoing instruments on this 28th day of January, 2015, addressed to:

2

Christina Czepinski, Clerk of the
185th District Court
1201 Franklin St. / 17th Floor
Houston, TX 77002

Abel Acosta, Clerk of the
Criminal Appeal Court of Texas
Supreme Court Building
201 West 14th St. / Room 106
Austin, TX 78701


Chris Daniel, Harris County District Clerk
201 Caroline / Ste 420
Houston, TX 77002

Devon Anderson, District Attorney
1201 Franklin St. / Ste 600
Houston, TX 77002-1923

**Trial Cause No. 818904**

| | | |
|---|---|---|
| **EXPARTE JORGE V. PORRAS** | § | **IN THE CRIMINAL APPEALS** |
| | § | |
| | § | **COURT Of TEXAS** |

---

**ORDER**

---

On this _____ day of _____, 2015, Applicant's "Motion for Rehearing" came before this Honorable Court, and;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the order be:

Granted _____        Denied _____

**SIGNED AND ENTERED** on this _____ day of _____, 2015.

_____
Judge Presiding

[Type here]

January 05, 2015

Abel Acosta, Clerk of the
Criminal Appeal Court of Texas
Supreme Court Building
201 West 14th St. / Room 106
Austin, TX 78701

Re:     Jorge Venustiano Porras
        Trial Court Case Number: 818904
        Appellate Cause Number:  01-13-00852-CR

Dear Mr. Acosta:

Enclosed please find the Applicant's original "Motion for Rehearing." And please file the enclosed instruments and bring it to this Honorable Court's attention for the necessary proceedings to be initiated.

The Applicant would like to ask the Clerk to please notify him of any decisions or rulings made by the court so the Applicant could know when or whether to go to the next appeal level in the pursuit of justice.

Thank you for your time and kind assistance in this matter.

Sincerely,

Jorge Porras

Jorge V. Porras #886022
Darrington Unit
59 Darrington Rd
Rosharon, TX 77583

Cc:  Christina Czepinski, 185th District Court Clerk, 1201 Franklin St./17th Fl., Houston, TX 77002
     Chris Daniel, Harris Co. District Clerk, 201 Caroline/Ste 420, Houston, TX 77002
     Devon Anderson, District Attorney, 1201 Franklin St./Ste 600, Houston, TX 77002